# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

## Report on Person Under Supervision

**Person Under Supervision**  
Charles Lynn Dunn

**Docket Number**  
0971 4:09CR00484-001 DLJ

**Name of Sentencing Judge:** The Honorable D. Lowell Jensen  
Senior United States District Judge

**Date of Original Sentence:** February 19, 2010

**Original Offense**  
Count One: 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm, a class C Felony.

**Original Sentence:** 9 months custody, followed by 3 years of supervised release.  
**Special Conditions:** Collection of DNA; $100 special assessment fee; drug abuse treatment and testing; financial disclosure; expanded search and shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons.

**Prior Form(s) 12:** On May 27, 2011, the court took judicial notice of Mr. Dunn testing positive for marijuana use and for his failure to report for treatment as directed.

On July 5, 2011, the court took judicial notice of Mr. Dunn testing positive for marijuana use, his failure to report for testing and treatment as required, and his failure to participate in an employment group held at the probation office.

On September 8, 2011, a Petition for Arrest Warrant for Person Under Supervision was filed with the Court. The alleged violations included that Mr. Dunn committed another federal, state or local crime, that he used controlled substances, that he associated and was engaged with a convicted felon and that he failed to report for drug testing and treatment. On that date, The Honorable D. Lowell Jensen, Senior United States District Judge issued a warrant for Mr. Dunn's arrest.

On July 12, 2024, this case was reassigned to Your Honor.

On July 28, 2024, the probation office filed a memorandum to advise Your Honor that the probation office was in the process of obtaining records from the Alameda County Clerk's Office and the CA Department of Corrections and Rehabilitation to confirm the terms of Dunn's sentence related to convictions in state court as well as his current adjustment in state prison with a view towards working with defense counsel and the government to resolve the petition for warrant filed on September 8, 2011.

**RE:**   Dunn, Charles Lynn                                                                                                                2
            0971 4:09CR00484-001 DLJ

| | |
|---|---|
| **Type of Supervision** <br> Supervised Release | **Date Supervision Commenced** <br> January 7, 2011 |
| **Assistant U.S. Attorney** <br> Garth Hire | **Date Supervision Expires** <br> January 6, 2014 |
| **Defense Counsel** <br> Edward Austin Smock | |

**Petitioning the Court to recall the warrant issued on September 8, 2011.**

**Cause**

On September 16, 2013, Mr. Dunn was sentenced in the Superior Court of the State of California- County of Alameda to 18 years custody after being convicted of: California Penal Code (PC) §§ 211-First Degree Robbery and 487-Grand Theft- Person (3 counts).

On that date, Mr. Dunn was remanded into the custody of the Alameda County Sheriff's Department to serve his sentence in the California State Department of Corrections and Rehabilitation (CDCR). Mr. Dunn is currently housed at Folsom State Prison in Represa, CA and according to the CDCR's website he has a parole eligibility date in March 2026.

On December 15, 2020, Mr. Dunn filed a Motion to the Court to recall the detainer stemming from the petition filed on September 8, 2011. Mr. Dunn claimed that the detainer is preventing him from participating in a fire camp program offered by California Department of Corrections and Rehabilitation (CDCR) and pursuing his career goals in advance of his release from state custody.

According to California Department of Corrections and Rehabilitation (CDCR) inmate records, Mr. Dunn has been disciplined for the following violations while in custody: Possession of a cellular telephone, Possession of a controlled substance in an institution and Refusing to Provide Urine Sample for Testing. Mr. Dunn received sanctions that resulted in loss of good conduct credits and visiting privileges.

Contact was made with Case Records Manager, Valerie Breckner who informed the undersigned that Mr. Dunn is not able to get medically evaluated for fire camp unless the federal detainer is lifted. Ms. Breckner shared that at this time, Mr. Dunn's disciplinary record would not exclude him from fire camp eligibility however, he needs to pass a medical evaluation confirming that he is able to perform at a level of vigorous activity before he can be endorsed to the fire camp. And due to the federal detainer, he has not been given the opportunity to get medically evaluated.

According to California Code of Regulations Title 15 § 3043.2 (b)(4)(B), an incarcerated person serving a determinate term for a violent felony as defined in subdivision (c) of California Penal Code § 667.5 who has successfully completed the requisite physical fitness training and firefighting training to be assigned as a firefighter to a Department of Forestry and Fire Protection fire camp or as a firefighter at a Department of Corrections and Rehabilitation firehouse is eligible for one day of good conduct credit for every day of incarceration.

RE:  Dunn, Charles Lynn  3
     0971 4:09CR00484-001 DLJ

Mr. Dunn has completed approximately 11 years and 5 months of his 18-year sentence, with parole eligibility in March 2026. During his time in custody, Mr. Dunn has been actively attending Lassen Community College.  He has also participated in various training programs.  He is also active with the Men's Motivational Development Group, a self-help group that is sponsored by the Chaplain's Office and participated in the Sacramento Children's Home Fill-a-Backpack Drive. Further, Mr. Dunn has been employed in the Folsom State Prison dining room.

Based on the above information, it is respectfully recommended that the Court take judicial notice that Mr. Dunn was convicted in state court and sentenced to 18 years custody, dismiss the Petition filed on September 8, 2011, and recall the warrant issued that same date.  It should be noted that, if Your Honor concurs with this recommendation, Mr. Dunn will resume supervision upon his release from state custody.

Respectfully submitted,                                Reviewed by:

*Gemma Bolanos*                                        *Alton P. Dural Jr.*
Gemma Bolanos                                          Alton P. Dural Jr.
U.S. Probation Officer                                 Supervisory U.S. Probation Officer
Date Signed: February 8, 2025

---

THE COURT ORDERS:

[X]  The Petition for Warrant dated September 1, 2011, is dismissed and the warrant issued on September 8, 2011, is recalled.

[ ]  Other:

2/11/2025                                              *Haywood S. Gilliam, Jr.*
Date                                                   Haywood S. Gilliam, Jr.
                                                       United States District Judge

NDC-SUPV-FORM 12C(2)  1/12/2024